UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON BOSTON                                                    CIVIL ACTION

VERSUS                                                          NO. 16-3643

CHRIS STINSON, WARDEN                                           SECTION "A" (4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Aaron Boston's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this  11th   day of            January            , 2017.

                                                                           _____
                                                                                    JAY C. ZAINEY
                                                                           UNITED STATES DISTRICT JUDGE